AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

*FILED*

# UNITED STATES DISTRICT COURT
### for the

2022 MAR 25  PM 2:41

Edward Robert Steiner
_____
Petitioner

v.

Secretary, FDOC,
_____
Respondent
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)

Case No. _____
(Supplied by Clerk of Court)

**✱ NOT a § 2254 ✱**

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: **Edward Robert Steiner**
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: **Hamilton CI annex**
   (b) Address: **10650 SW 46th St.**
   **Jasper, FL 32052**
   (c) Your identification number: **# 772234**

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain: _____

4. _____
   Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other (explain): **imprisoned for Life based on a "Void" Judgement at state doc. 396 entered**
   **by an automatically recused judge at state doc. 267-268 pursuant to Fla. R. Jud. Admin. Rule**
   **2.330 (j). (Copy of "docket print out" from state court at Appx 1)**
   **"A void order has no force or effect and is a nullity" so it does NOT Legally exist, Blacks Law Dictionary.**

### Decision or Action You Are Challenging

5. What are you challenging in this petition: **"Void" order barring "pro se" filings AND "Void" judgement.**
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer

*2 Seperate "Orders" being challenged below;*

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings   ① *"2006" "Void" 2006 "Order barring Pro se filings" AND*

☑ Other *(explain):* ② *"Void" "Conviction/Judgement imposed without authority at state doc. 396 by an automatically recused judge in "2005" at state doc. 267-268 pursuant to Fla. R. Jud. Admin. Rule 2.330(i). (Copy of State docket print out at Appx I)*

6.     Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: *Seminole co. Fla Circuit court, 18th Judicial circuit, 100 Bush Blvd. Sanford, FL 32773 (Judge Eaton - Retired).*

(b) Docket number, case number, or opinion number:   *02-4431 CFA*

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* *2 Seperate things: "Void" 2006 Judgement at state doc. 396 entered without authority by an automatically recused judge in 2005 at state doc. 267-268 pursuant to Fla. R. Jud. Admin. Rule 2.330(i) Which is imprisoning Petitioner for "Life" AND Order barring "Pro se" filings.*

(d) Date of the decision or action: *6-7-2006 "Void" Judgement at State doc. 396*

## Your Earlier Challenges of the Decision or Action

7.     **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: *A "Void" 2006 Spencer Order Which bars the Petitioner from filing a "Pro se" Fla. R. Crim. P. Rule 3.800 motion to correct the illegal sentence at state doc. 396 imposed Without authority by a recused Judge. Appx 1&2.*

8.     **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: *I am Barred from filing Anything "Pro se" based on a "Void" 2006 Sentencing Order entered without authority by an automatically recused Judge in 2005 at state doc. 267-268 Pursuant to Fla. R. Jud. Admin. 2.330(i) Appx 1&2.*

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes     ☑ No

(a) If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: *Same as section 7 and 8 above*

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes     ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes       ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner is *illegally* sentenced to Life imprisonment based on a "void" 2006 Judgement at state doc. 396 imposed *without authority* by a judge automatically recused from this case a year earlier in 2005 at state doc. 267-268 pursuant to Fla.R.Jud.Admin. Rule 2.330 (j). *Goolsby v. State*, 914 So.2d 494 (Fla.5th DCA 2005); *Burnham*, 110 S.ct. 2105, 2109 (1990). (copy at Appx 1).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On 1-28-2005 judge Eaton authorized petitioner to proceed pro se (state doc. 258) and was then automatically disqualified from this case pursuant to Fla.R.Jud.Admin. Rule 2.330 (j) upon failing to rule on the 1-28-2005 Amended motion to disqualify trial judge at state doc. 268 within thirty (30) days of service at state doc. 267 as mandated by Fla.R.Jud.Admin. Rule 2.330 (j)(copy at Appx1). Judge Eaton *subsequently* imposed the 6-7-2006 judgement imprisoning petitioner *without authority* (st.doc.396).

(b) Did you present Ground One in all appeals that were available to you?    (Copy at Appx 1)

☐ Yes    ☑ No

**GROUND TWO:** Petitioner is *illegally* barred from filing any "pro se" pleadings in the state courts based on a "void" 2006 order entered without authority by a judge automatically recused from this case a year earlier in 2005 at state doc. 267-268 pursuant to Fla.R.Jud.Admin. Rule 2.330 (j) (copy at Appx 1 and 2 order) *Goolsby v. State*, 914 So.2d at 494; *Burnham*, 110 S.ct. at 2109.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On 6-7-2006 judge Eaton *illegally* entered a "void" "sentencing order barring pro se filings" (copy at Appx 2) *without authority* subsequent to his automatic recusal from this case a year earlier in 2005 at state doc. 267-268 Pursuant to Fla.R.Jud.Admin. Rule 2.330 (j). Petitioner was authorized to proceed pro se by order at state doc. 258. Petitioner is now barred from on filing a "pro se" Fla.R.crim.P. 3.800 *motion to correct illegal sentence* entered by the recused judge the same day (state doc.396).

(b) Did you present Ground Two in all appeals that were available to you?    (Copy at Appx 1 & 2)

☐ Yes    ☑ No

**GROUND THREE:** State AND Federal "speedy trial violation". Petitioner has been *illegally* imprisoned for 20 years without "conviction" based on a "void" order at state doc. 396 entered *without authority* Coram non judice - Before a person not a judge, by a recused judge, which "has no legal force or effect and is a legal nullity." *Goolsby v. State*, 914 So.2d 494; *Burnham*, 110 S.Ct. at 2109; *Landy*, 666 So.2d at 120.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judge Eaton was automatically disqualified from this case in 2005 at state doc. 267-268 Pursuant to Fla.R.Jud.Admin. 2.330 (j) therefore the order he *subsequently* entered at state doc. 396 that imprisons petitioner for "Life" is "void ab initio" and under state and Federal authority it "has no force or effect and is a legal nullity" so there technically is No "Judgment" to challenge as required to invoke jurisdiction under 28 USC "2254" - it is simply a "void order."

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The "Void" Judgement at State doc. 39b has no force or effect and is a legal nullity so it does not exist for Purposes of 28 USC 2254 - There is "No" "Judgement." See Goolib v. State, 914 So. 2d at 494-497; Burnham, 110 s.ct. at 2109.

(a) Supporting facts (Be brief. Do not cite cases or law.):
" See definition for "Void Judgment" in Blacks Law dictionary. A Void judgment is so defective that it is deemed never to have had Legal-force and effect." Sterling Factors corp v. U.s. Bank, 968 So.2d 658, 665-67 (2nd DCA 2007)

(a) Supporting facts are adequately set forth above. See State doc 267, 268, 39b and Fla. R. Jud. Admin. 2.330 (j) "Automatic disqualification Rule" - "Void judgment".

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I am barred from filing any "pro se" pleadings in the trial AND appellate court's based on a "Void" 2006 Judgement/conviction at State doc. 39b illegally imposed by a judge automatically recused from this case in 2005 at state docket 267-268 Pursuant to Fla. R. Jud. Admin 2.330 (j) (Orders at Appx 2 and docket "print-out" at Appx 1)

**Request for Relief**

15. State exactly what you want the court to do: Petitioner requests the following actions;
1) "Speedy trial discharge" based on 20 years imprisonment without conviction because pursuant to Blacks law dictionary and the U.s. s.ct. holding in Burnham, 110 S.ct. at 2109 the "Void" judgement imprisoning Petitioner for life at state doc. 39b "has no force or effect" and is a "Legal nullity" that does Not Legally exist." Discharge is also mandated by Fla. R. Crim. P. 3.191(p)(3) See Appx 3.
2) An "Order" directing the State trial Court to "adjudicate" Petitioner's "Pro se" 12-3-2021 "Fla. R. Crim. P. Rule 3.800 motion to correct illegal sentence" (copy at Appx 4) that was returned to him by the trial court based on the "Void" 2006 Order barring Pro se filings (copy of trial court 2-28-2022 letter at Appx 2) illegally entered by an automatically recused judge at state doc. 267-268 Pursuant to Fla. R. Jud. Admin. Rule 2.330 (j).
3) An "Order" quashing the Fla. 5th DCA Order barring "Pro se" appellate filings (copy at Appx 2) and allowing the petitioner to appeal any adverse ruling on the subject "12-3-2021" Pro se "motion to correct illegal sentence Pursuant to Fla. R. Crim. P. Rule 3.800(a)" (copy at Appx 4).
4) Any other relief this Court finds appropriate.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

3-21-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  3-21-2022        *Edward R. Steiner*

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_